UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 21-5108
(C.A. No. 17-1974)

WATKINS LAW &
ADVOCACY, PLLC, et al.,　　　　　　　　　　　　　　　　　Appellant,

     v.

UNITED STATES
DEPARTMENT OF JUSTICE, et al.　　　　　　　　　　　　Appellees.

# FEDERAL APPELLEES' CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's May 19, 2021, Order and Circuit Rule 28(a)(1), counsel for the Appellees files this certificate as to parties, rulings, and related cases.

## I.　　Parties

The Appellant is Watkins Law & Advocacy, PLLC, which was the plaintiff in the District Court. The Appellees are the United States Department of Justice, the Federal Bureau of Investigation ("FBI"), the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and the United States Department of Veterans Affairs ("VA"), which were the defendants in the District Court. There are no amici curiae.

## II. Ruling Under Review

At issue in this appeal is the March 17, 2021 Memorandum of Opinion and Order of the Honorable Judge Amy Berman Jackson granting in part and denying in part the Department of Justice's renewed motion for summary judgment and granting in part and denying in part the Plaintiff's renewed cross-motion for summary judgment; and the September 30, 2019 Memorandum Opinion and Order of Judge Jackson granting summary judgment to the FBI, ATF and the VA and denying summary judgment to the Department of Justice.

## III. Related Cases

This case has previously been before this Court as Case No. 19-5341, appealing the September 30, 2019 Memorandum Opinion and Order, which appeal was dismissed on the basis that that order was not final or otherwise appealable. There are no pending related cases.

CHANNING D. PHILLIPS
Acting United States Attorney

R. CRAIG LAWRENCE
Assistant United States Attorney

*/s/ Jeremy Simon*
JEREMY S. SIMON
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2528
jeremy.simon@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2021, the foregoing Appellee's Certificate of Counsel as to Parties, Rulings, and Related Cases and Entry of Appearance have been served upon the Appellants' Counsel by this Court's Electronic Case Filing System (ECF).

*/s/ Jeremy Simon*
JEREMY SIMON
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2528
jeremy.simon@usdoj.gov