No. 21-5108

———————————

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

Watkins Law & Advocacy, PLLC

Appellant,

v.

United States Department of Justice et al.

Appellees.

———————————

On Appeal from the United States District Court
for the District of Columbia

———————————

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

———————————

Pursuant to the Order dated May 19, 2021, appellant Watkins Law & Advocacy, PLLC hereby provides notice that it does not intend to utilize a deferred joint appendix.

Dated: June 21, 2021         Respectfully submitted,

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)

WATKINS LAW & ADVOCACY, PLLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
Telephone: (202) 355-9421
Facsimile: (202) 355-9424
Email: watkins@wlapllc.com

*Counsel for Appellant*

# CERTIFICATE OF SERVICE

I certify that on this 21st day of June, 2021, a copy of the **Statement of Intent to Utilize Deferred Joint Appendix** was served via the Court's CM/ECF system on the following recipients:

Jeremy S. Simon
R. Craig Lawrence
United States Attorney's Office - District of Columbia
555 Fourth Street, NW
Washington, DC 20530
jeremy.simon@usdoj.gov
craig.lawrence@usdoj.gov

*Counsel for Appellees*

　　　　　　　　　　　　　　　　　　/s/ Seth A. Watkins
　　　　　　　　　　　　　　　　　　Seth A. Watkins (D.C. Bar # 467470)

　　　　　　　　　　　　　　　　　　WATKINS LAW & ADVOCACY, PLLC
　　　　　　　　　　　　　　　　　　1455 Pennsylvania Avenue NW, Suite 400
　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　Telephone: (202) 355-9421
　　　　　　　　　　　　　　　　　　Facsimile: (202) 355-9424
　　　　　　　　　　　　　　　　　　Email: watkins@wlapllc.com

　　　　　　　　　　　　　　　　　　*Counsel for Appellant*