No. 21-5108

———————————

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

Watkins Law & Advocacy, PLLC

Appellant,

v.

United States Department of Justice et al.

Appellees.

———————————

On Appeal from the United States District Court
for the District of Columbia

———————————

**STATEMENT OF ISSUES TO BE RAISED**

———————————

Pursuant to the Order dated May 19, 2021, appellant Watkins Law & Advocacy, PLLC hereby submits this preliminary statement of issues to be raised:[1]

1.   Whether the district court improperly applied the good faith presumption afforded to an agency's supporting affidavits in FOIA cases.

2.   Whether the district court erred in holding that the Federal Bureau of

---

[1] In this appeal, Appellant is not contesting (1) the Bureau of Alcohol, Tobacco, Firearms, and Explosives' ("ATF") withholding of an "internal briefing record," (2) the United States Department of Justice's ("DOJ") withholding of a 2013 OLP Memorandum, or (3) any record or portion thereof identified as a "draft" that the District Court concluded were properly withheld.

- 1 -

Investigation ("FBI") and DOJ each conducted reasonable searches for all relevant documents—and thus erred in partially granting summary judgment as to FBI and DOJ and partially denying summary judgment as to plaintiff—when, *inter alia*,

- the National Instant Criminal Background Check System ("NICS") Improvement Amendments Act *of 2007*, Pub. L. 110-180 ("NIAA") requires that "[t]he **Attorney General** shall submit an **annual report** to Congress that describes the compliance of each department or agency with" certain requirements of the Act, yet DOJ's Office of the Attorney General ("OAG") only released *two* annual reports—one dated March 2016 and the other undated—when the scope of appellant's FOIA request reasonably encompassed *all* such annual reports through a proper cut-off date for searches;[2]

- DOJ limited its search to OAG;

- DOJ applied an improper cut-off date to its supplemental search for responsive records;

---

[2] Complete copies of those reports first were released to appellant on June 2, 2021, the day after this Court's decision in *Cause of Action Inst. v. United States DOJ*, No. 20-5182, 2021 U.S. App. LEXIS 16315 (D.C. Cir. June 1, 2021). That was 2.5 months after the District Court ordered their release in full, holding that DOJ improperly "divided the 'sections' [of each of the reports] . . . into discrete records" and, for example with respect to the March 2016 report, simply eliminated 25 pages that DOJ deemed non-responsive while releasing 11 partially redacted pages that it deemed responsive.

- FBI's search terms were inadequate; and

- FBI inconceivably identified only a single responsive document from the last decade, yet FBI operates NICS and from 2010 through 2017, the United States Department of Veterans Affairs ("VA") identified to FBI over 200,000 veterans (and beneficiaries) as incompetent for the purpose of receiving benefit payments.

3. Whether the district court erred in concluding that VA properly withheld records, or portions thereof, under claimed exemptions—and thus erred in partially granting summary judgment as to VA and partially denying summary judgment as to plaintiff—when, *inter alia*,

- VA's *Vaughn* index fails to provide sufficient detail from which VA's claimed withholdings based of attorney-client privilege reasonably could be based, with the contested records in the *Vaughn* index including, for example, inter-agency communications and records not clearly providing legal advice;

- VA's declarant and *Vaughn* index failed to adequately justify that all segregable content was released; and

- VA's declarant and *Vaughn* index failed to adequately justify that VA's withheld documents are predecisional or deliberative.

Dated:  June 21, 2021 Respectfully submitted,

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)

WATKINS LAW & ADVOCACY, PLLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
Telephone: (202) 355-9421
Facsimile: (202) 355-9424
Email: watkins@wlapllc.com

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I certify that on this 21st day of June, 2021, a copy of the **Statement of Issues to Be Raised** was served via the Court's CM/ECF system on the following recipients:

Jeremy S. Simon
R. Craig Lawrence
United States Attorney's Office - District of Columbia
555 Fourth Street, NW
Washington, DC 20530
jeremy.simon@usdoj.gov
craig.lawrence@usdoj.gov

*Counsel for Appellees*

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)

WATKINS LAW & ADVOCACY, PLLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
Telephone: (202) 355-9421
Facsimile: (202) 355-9424
Email: watkins@wlapllc.com

*Counsel for Appellant*